UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE<br><br>Defendants. | No. 2:18-cv-00823<br><br>**STIPULATED MOTION AND ORDER TO SEAL EXHIBITS 1 AND 2 OF DEFENDANT'S RESPONSE TO MOTION TO CERTIFY CLASS; PREVIOUSLY FILED**<br><br>**NOTE ON MOTION CALENDAR: JULY 27TH, 2018** |

### Basis for Motion

Pursuant to LCR 5(g), Plaintiffs and Defendants jointly move for an order sealing Exhibits 1 and 2 of the Defendant's Response to Plaintiff's Motion to Certify Class, filed June 29, 2018. Docket #12. The exhibits should be sealed because they contain jail booking records, which include health information provided to corrections deputies by the Plaintiffs during their

Stipulated Motion and Order to Seal - 1

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

respective booking processes. If relief were not granted, information protected by federal law may be exposed to the public's view.

Under federal regulations "protected health information" is defined as "individually identifiable health information" that is "transmitted or maintained" in virtually any form. 45 CFR § 160.103 (definition of "protected health information"). Federal regulations provide that protected health information should not be used in court proceedings without protection from general dissemination or at the very least notice to the person who is the subject of the information with an opportunity to object. 45 CFR § 164.512(e) sets out standards for disclosure of protected health information in judicial proceedings. While that subsection does not explicitly cover the precise situation in which a party to a lawsuit includes in its pleadings protected health information of another party, the clear tenor of the subsection regarding "other legal process" is that there should be appropriate protective orders entered in any case in which protected health information is to be disclosed. Here, Exhibits 1 and 2 contain information that should be sealed to prevent dissemination of the materials beyond the court and counsel. Exhibits 1 and 2 are jail intake forms from the Whatcom County Jail that were filled out when each named plaintiff entered the Jail. Both Exhibits contain answers to many questions regarding the physical and mental health of the named plaintiffs.

Redaction of the material is not a feasible alternative because the health information forms are cited in a part of Defendants' argument and so must be available for review by the Court. Even though we recognize LCR 5's presumption against sealing, there appears to be no alternative to sealing that would both allow the Court to see the material and to protect it from further disclosure in a public court file.

Stipulated Motion and Order to Seal - 2

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

### Certificate of Compliance

As required by 5(g)(3)(A), on July 13, 2018 counsel for the parties, Mr. Roche and Mr. Midgley, conferred via telephone in an attempt to reach an agreement on the need to file these exhibits under seal. Reaction and other alternatives were explored, but could not cure the underlying issues present in this motion.

### Conclusion

Pursuant to LCR 5(g), Exhibits 1 and 2 of the Defendant's Response to Plaintiff's Motion to Certify Class, filed June 29, 2018. Docket #12 should be sealed to prevent the possibility of exposing protected health information to public view.

Respectfully submitted this 17th day of July, 2018.

By: /s/George Roche
GEORGE ROCHE, WSBA #45698
Civil Deputy Prosecuting Attorney
Attorney for Defendants
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201
Bellingham, WA 98225
360.778.5710
groche@co.whatcom.wa.us
*Attorney for Defendants*

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By: /s/John Midgley
Lisa Nowlin, WSBA #51512
Jessica Wolfe, WSBA #52068
John Midgley, WSBA #6511
Mark Cooke, WSBA #40155
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email: lnowlin@aclu-wa.org

Stipulated Motion and Order to Seal - 3

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

K&L GATES LLP

By */s/D. Matthew Doden*
Bart Freedman, WSBA #14187
Todd Nunn, WSBA #23267
D. Matthew Doden, WSBA #43573
Christina A. Elles, WSBA #51594
925 4th Avenue #2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: bart.freedman@klgates.com
todd.nunn@klgates.com
matt.doden@klgates.com
christina.elles@klgates.com

*Attorneys for Plaintiffs Gabriel Kortlever, Sy Eubanks, and All Others Similarly Situated*

Stipulated Motion and Order to Seal - 4

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

## ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that good cause exists to maintain Exhibits 1 and 2 of the Defendant's Response to Plaintiff's Motion to Certify Class, filed June 29, 2018, Docket #12, under seal. Pursuant to LCR 5(g)(7), the Clerk of the Court is directed to seal Exhibits 1 and 2 of the Defendant's Response to Plaintiff's Motion to Certify Class.

DATED this 17th day July, 2018.

_____
HONORABLE JUDGE JAMES R. ROBART

Stipulated Motion and Order to Seal - 5

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184