The Honorable James Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE<br><br>Defendants. | No. 2:18-cv-00823<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS**<br><br>**NOTED FOR: JULY 26, 2018** |

**Basis for Motion**

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs Gabriel Kortlever and Sy Eubanks, and Defendants Whatcom County, Washington and Whatcom County Sheriff's Office, by and through their counsel, respectfully move the Court to stay the proceedings in this action while the parties engage in settlement efforts.

1. This case was filed on June 6, 2018, and concerns access to Medication-Assisted Treatment ("MAT") in Whatcom County Jail in Bellingham, Washington. (ECF No. 1).

Stipulated Motion to Stay Proceedings - 1
No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1

Plaintiffs seek to represent "a class of non-pregnant people who have an OUD and who are incarcerated, or who will be incarcerated in the future, at the Whatcom County Jail." *Id.* ¶ 87.

2. Also on June 6, 2018, Plaintiffs filed a Motion for Class Certification, with a noting date of July 13, 2018. (ECF No. 2).

3. On June 28, 2018, Defendants filed a CR 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Based, with a noting date of July 27, 2018. (ECF No. 9).

4. On June 29, 2018, Defendants filed their Response to Plaintiffs' Motion to Certify Class. (ECF No. 12).

5. On July 10, 2018, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (ECF No. 13). Under the Order, the deadline for the FRCP 26(f) Conference was July 24, 2018; the deadline for the Initial Disclosures Pursuant to FRCP 26(a)(1) is August 7, 2018; and the deadline for the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is August 14, 2018. *Id.*

6. On July 13, 2018, Plaintiffs filed their Reply In Support of Motion for Class Certification. (ECF No. 14).

7. On July 23, 2018, Plaintiffs filed their Response to Defendants' Motion to Dismiss. (ECF No. 22).

8. The Motion for Class Certification is ripe and remains pending. The Reply in Support of the Motion to Dismiss is due July 27, 2018, at which time it will be ripe. No other motions or hearings are pending and there are no other deadlines set in this case.

Stipulated Motion to Stay Proceedings - 2
No. 2:18-cv-00823

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1

9. The parties have recently begun settlement discussions, and the parties believe they may be able to settle this action without the need for further proceedings in Court, including a ruling on the pending motions.

10. The parties convened a Rule 26(f) conference on July 24, 2018. Most of the discussion focused on settlement possibilities.

11. Accordingly, the parties desire to stay all proceedings in this action immediately so that they may devote their efforts toward settlement of this action and potentially save the Court time and resources.

12. The parties believe that the requested stay will not prejudice any party or result in a waste of judicial resources.

13. Should the Court grant this Motion and issue an order staying the proceedings, the parties further agree to file with the Court an update regarding settlement status within 90 days of entry of the Court's order unless the case has been settled and dismissed before that date.

14. Accordingly, for good cause, Plaintiffs and Defendants request that the Court approve the parties' stipulation and stay this action while the parties pursue settlement.

A proposed order is attached herewith.

Dated: July 26th, 2018

By: *s/ George Roche*
George Roche, WSBA #45698
Civil Deputy Prosecuting Attorney
Attorney for Defendants
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201

Stipulated Motion to Stay Proceedings - 3
No. 2:18-cv-00823

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1

Bellingham, WA 98225
360.778.5710
groche@co.whatcom.wa.us

*Attorney for Defendants*

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By: *s/ John Midgley*
Lisa Nowlin, WSBA #51512
Jessica Wolfe, WSBA #52068
John Midgley, WSBA #6511
Mark Cooke, WSBA #40155
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Telephone: (206) 624-2184
Email: lnowlin@aclu-wa.org
jwolfe@aclu-wa.org
jmidgley@aclu-wa.org
mcooke@aclu-wa.org

K&L GATES LLP

By: *s/ D. Matthew Doden*
Bart Freedman, WSBA #14187
Todd Nunn, WSBA #23267
D. Matthew Doden, WSBA #43573
Christina A. Elles, WSBA #51594
925 4th Avenue #2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: bart.freedman@klgates.com
todd.nunn@klgates.com
matt.doden@klgates.com
christina.elles@klgates.com

*Attorneys for Plaintiffs Gabriel Kortlever, Sy Eubanks, and All Others Similarly Situated*

Stipulated Motion to Stay Proceedings - 4
No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | No. 2:18-cv-00823<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26th, 2018, I electronically filed the foregoing *Stipulated Motion to Stay Pending Settlement* and attached *Proposed Order* with the Clerk of the Court via the ECF/CMF system, which will serve a notification and copy on the following:

George Roche, WSBA No. 45698
Whatcom County Civil Deputy Prosecuting Attorney
311 Grand Ave, Suite 201
Bellingham, WA 98225
groche@co.whatcom.wa.us
*Attorney for Defendants*

Stipulated Motion to Stay Proceedings - 5
No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1

DATED: July 26th, 2018.

                      */s/Kaya McRuer*
                      Kaya McRuer, Legal Assistant
                      ACLU of Washington Foundation
                      901 5th Ave, Suite 630
                      Seattle, WA 98164

Stipulated Motion to Stay Proceedings - 6
No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698516 v1