The Honorable James Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE

Defendants.

No. 2:18-cv-00823

[~~PROPOSED~~] ORDER RE: STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS

Complaint Filed: June 6, 2018

Trial Date: None Set

## Basis for Motion

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiffs Gabriel Kortlever and Sy Eubanks, and Defendants Whatcom County, Washington and Whatcom County Sheriff's Office, by and through their counsel, to extend the stay of proceedings in this action while the parties continue to engage in settlement efforts, the Court

[~~PROPOSED~~] ORDER RE: STIPULATED
MOTION TO EXTEND STAY - 1
Case No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698533 v1

having considered the Stipulated Motion, and finding good cause therefore, it is hereby ORDERED that:

1. All proceedings and deadlines in this action shall remain stayed;

2. The parties shall file an update with the Court regarding that status of the parties' settlement negotiations within 90 days of the date of this Order unless the case has been settled and dismissed by that date.

Dated this 22nd day of Oct. 2018.

Hon. James L. Robart

Dated: October 19, 2018

Presented by:

By: s/ Lisa Nowlin
Lisa Nowlin, WSBA #51512
AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 5th Ave, Suite 630
Seattle, WA 98164
206-624-2184
lnowlin@aclu-wa.org
*Attorneys for Plaintiffs*
*Gabriel Kortlever, Sy Eubanks, and All Others*
*Similarly Situated*

[PROPOSED] ORDER RE: STIPULATED MOTION TO EXTEND STAY - 2
Case No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

501698533 v1