The Honorable James Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE<br><br>Defendants. | No. 2:18-cv-00823<br><br>[~~PROPOSED~~] ORDER RE: STIPULATED MOTION TO FURTHER EXTEND STAY OF PROCEEDINGS<br><br>Complaint Filed: June 6, 2018<br><br>Trial Date: None Set |

### ORDER

THIS MATTER having come before the Court on the Stipulated Motion of Plaintiffs Gabriel Kortlever and Sy Eubanks, and Defendants Whatcom County, Washington and Whatcom County Sheriff's Office, by and through their counsel (Dkt. #23) to further extend the stay of proceedings in this action while the parties continue to engage in settlement efforts, the Court having considered the Stipulated Motion, and finding good cause therefore, it is hereby

ORDERED that:

[~~PROPOSED~~] ORDER RE: STIPULATED
MOTION TO EXTEND STAY - 1
Case No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

1. All proceedings and deadlines in this action shall remain stayed;

2. The parties within 60 days of the date of this Order shall file either pleadings to begin the process of approval of a settlement or an update with the Court regarding the status of the parties' settlement negotiations.

IT IS SO ORDERED.

Dated this 17th day of Jan. 2019.

Hon. James L. Robart
U.S. District Judge

Dated: January 16, 2019

Presented by:

By: s/ Lisa Nowlin
Lisa Nowlin, WSBA #51512
AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 5th Ave, Suite 630
Seattle, WA 98164
206-624-2184
lnowlin@aclu-wa.org
*Attorney for Plaintiffs Gabriel Kortlever,
Sy Eubanks, and All Others Similarly Situated*

[PROPOSED] ORDER RE: STIPULATED
MOTION TO EXTEND STAY - 2
Case No. 2:18-cv-00823

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184