Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | Case No. 2:18-cv-00823<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION PURSUANT TO W.D. WASH. LOCAL RULE LCR 7(f) |



This matter came before the Court on Plaintiffs Gabriel Kortlever and Sy Eubanks ("Plaintiffs") and Defendants Whatcom County, Washington and Whatcom County Sheriff's Office (collectively "Defendants") Stipulated Motion to File an Over-length Motion Pursuant to W.D. Wash. Local Rule LCR 7(f), requesting that Plaintiffs be permitted to file a motion for preliminary approval of class action settlement totaling seventeen (17) pages. The Court has considered the Motion and other pleadings and papers in this matter and, being fully informed, the Court hereby ORDERS that Plaintiffs and Defendants Stipulated motion is GRANTED. Plaintiffs are permitted to file an over-length motion for preliminary approval of class action settlement not to exceed seventeen (17) pages in length.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION PURSUANT TO W.D. WASH. LOCAL RULE LCR 7(F) - 1
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

DATED this 30th day of April, 2019.

_____
Hon. James L. Robart

Presented By

By: *s/Lisa Nowlin*
Lisa Nowlin, WSBA No. 51512
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 5th Ave, Suite 630
Seattle, WA 98164
(206)-624-2184
lnowlin@aclu-wa.org
*Attorney for Plaintiffs Gabriel Kortlever,*
*Sy Eubanks, and All Others Similarly Situated*

By *s/ Bart Freedman*
Bart Freedman, WSBA #14187
K&L GATES LLP
925 4th Avenue #2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: bart.freedman@klgates.com
*Attorney for Plaintiffs Gabriel Kortlever,*
*Sy Eubanks, and All Others Similarly Situated*

By: *s/      George Roche*
George Roche, WSBA #45698
Civil Deputy Prosecuting Attorney
Attorney for Defendants
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201
Bellingham, WA 98225
360.778.5710
groche@co.whatcom.wa.us
*Attorney for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION PURSUANT TO W.D. WASH. LOCAL RULE LCR 7(F) - 2
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022