Honorable James L. Robart



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | Case No. 2:18-cv-00823<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING NOTICE TO PLAINTIFF CLASS |

Plaintiffs Gabriel Kortlever and Sy Eubanks have applied for an order preliminarily approving the settlement of this class action as described in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Lisa Nowlin in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Nowlin Decl."). The Court has considered the Settlement Agreement, the proposed notice, and the briefing and declaration submitted in support of preliminary approval of the settlement and is fully advised.

**THEREFORE, THE COURT FINDS AND CONCLUDES AS FOLLOWS:**

1. Unless otherwise provided herein, all capitalized terms in this Order shall have the same meaning as set forth in the Settlement Agreement.

2. The Court preliminarily approves the Settlement Agreement and the terms set forth therein—including the relief afforded the Settlement Class, the modest incentive

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 1
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

rewards to class representatives, and the payment of attorneys' fees and costs to Class Counsel (including costs for notice and settlement administration)—as being fair, reasonable and adequate. The Settlement Agreement is the result of arm's-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular.

3. For purposes of settlement only, this Court certifies this case as a class action under Federal Rule of Civil Procedure 23(b)(2). For the reasons stated in Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Class satisfies the elements of Rule 23(a) and Rule 23(b)(2) and thus a class action, for purposes of settlement only, is appropriate.

4. Pursuant to Fed. R. Civ. P. 23(b)(2), the Court conditionally certifies for settlement purposes only the following Settlement Class: "All non-pregnant individuals with disabling opioid use disorders ("OUD") who are incarcerated, or who will be incarcerated in the future, in the Whatcom County Jail."

5. In connection with these conditional certifications, the Court makes the following findings:

    a. The Settlement Class is sufficiently numerous to meet the requirement of Rule 23(a)(1). The Class includes all non-pregnant individuals with disabling OUD who are incarcerated, or who will be incarcerated in the future, in the Whatcom County Jail and joinder of all such persons would be impracticable. *See* Fed. R. Civ. P. 23(a)(1).

    b. The commonality requirement is satisfied because there are many questions of law and fact common to the Settlement Class that center on Defendants' alleged systemic policy and practice of denying medication used to treat opioid use disorders for non-pregnant individuals in violation of Title II of the ADA. *See* Fed. R. Civ. P. 23(a)(2).

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 2
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

c. The typicality requirement is satisfied because Plaintiff's claims, which are based on the alleged discriminatory denial of necessary medication services needed to treat their opioid use disorders, resulting in withdrawal, an increased risk of relapse, and a heightened likelihood of overdose death, are "reasonably coextensive with those of the absent class members." *See* Fed. R. Civ. P. 23(a)(3).

d. The adequacy of representation requirement is satisfied because Plaintiffs' interests are coextensive with, and not antagonistic to, the interests of the Settlement Class. *See* Fed. R. Civ. P. 23(a)(4). Further, Plaintiffs are represented by qualified and competent counsel who have extensive experience and expertise in prosecuting class actions.

6. The Court appoints Plaintiffs Gabriel Kortlever and Sy Eubanks as Class Representatives.

7. The Court appoints Lisa Nowlin and John Midgley of the American Civil Liberties Union of Washington Foundation, and Bart Freedman of K&L Gates LLP, as co-lead counsel for the Settlement Class.

8. A final approval hearing ("Final Approval Hearing"), for purposes of determining whether the settlements should be finally approved, shall be held before this Court on __Tuesday, July 9__, 2019 at __10:00 am__ in the courtroom of the Honorable James L. Robart at the United States Courthouse, 700 Stewart Street, Suite 14128, Seattle, WA 98101. At the hearing, the Court will hear arguments concerning whether the proposed settlement on the terms and conditions provided for in the Settlement Agreement should be granted final approval by the Court as fair, reasonable, and adequate.

9. The Court approves, as to form and content, the Notice of Proposed Class Action Settlement (the "Notice") to be made available to the Settlement Class Members, which is attached to the Nowlin Decl. as Exhibit 2. In addition, the Court finds that the

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 3
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

distribution of the Notice substantially in the manner set forth in Paragraph 10 of this Order and Section 4.3 of the Settlement Agreement will meet the requirements of due process and applicable law, will provide the best notice practicable under the circumstances, and will constitute due and sufficient notice to all individuals entitled thereto.

10. The procedure for distributing the Notice shall be as follows:

    a. Defendants will post the Notice in the living quarters and the medical unit(s) at the Whatcom County Jail.

    b. A copy of the Settlement Agreement will be made available to any inmate upon request.

    c. Defendants shall arrange for the Notice and copies of the Settlement Agreement to be posted at local community health centers, including Sea Mar Community Health Center, Catholic Community Services, Cascade Medical Advantage, Pioneer Human Services, and Lummi Healing Spirit Clinic.

11. No later than 14 days before Final Approval Hearing Class Counsel shall file a motion requesting that the Court grant final approval of the Settlement Agreement, including payment of $1,000 each to the class representatives and $25,000 for attorneys' fees and expenses, and enter final judgment in the Action.

12. Settlement Class Members who wish to submit comments or objections to the Settlement Agreement must file written submissions with the Court on or before June 29, 2019. The comments should contain a caption or heading similar to the one on this Order and should, at a minimum, include the case number (No. 2:18-cv-00823) in a prominent place on the front page. Any submissions shall be mailed to:



    Honorable James L. Robart
    United States Courthouse
    700 Stewart Street, Suite 14128
    Seattle, WA 98101

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 4
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

13. The parties shall submit any responses to objections no later than sixty-five (65) calendar days after the Court's entry of preliminary approval of the settlement. At the Final Approval Hearing, the Court shall determine whether the proposed Settlement Agreement shall be finally approved.

14. If final approval does not occur as to the Settlement Agreement, or if the Settlement Agreement is terminated or canceled pursuant to its terms, the parties shall be deemed to have reverted to their respective status as of the date and time immediately prior to the execution of the agreement, and the agreement shall be deemed null and void, shall be of no force or effect whatsoever, and shall not be admitted, referred to or utilized by any party for any purpose whatsoever.

DATED this 23rd day of May, 2019.

Hon. James L. Robart

Presented By

By *s/Bart Freedman*
Bart Freedman, WSBA #14187
Todd Nunn, WSBA #23267
Christina A. Elles, WSBA #51594
925 4th Avenue #2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: bart.freedman@klgates.com
   todd.nunn@klgates.com
   christina.elles@klgates.com

By: *s/Lisa Nowlin*
Lisa Nowlin, WSBA No. 51512
AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 5th Ave, Suite 630

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 5
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Seattle, WA 98164
   (206)-624-2184
2  lnowlin@aclu-wa.org
   *Attorney for Plaintiffs Gabriel Kortlever,*
3  *Sy Eubanks, and All Others Similarly Situated*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 6
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CERTIFICATE OF ECF FILING AND SERVICE

I certify that on April 29, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

Lisa Nowlin
John B. Midgley
Mark Cooke
ACLU of Washington
901 Fifth Avenue, Suite 630
Seattle, WA 98164
Attorneys for Plaintiffs

George C. Roche
Whatcom County Prosecuting
Attorney's Office
County Courthouse
311 Grand Avenue
Bellingham, WA 98225
Attorney for Defendants

_s/ Bart Freedman_
Bart Freedman
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail: bart.freedman@klgates.com

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING
NOTICE TO PLAINTIFF CLASS - 7
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022