Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL KORTLEVER, SY EUBANKS, and ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>WHATCOM COUNTY, WASHINGTON; WHATCOM COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | Case No. 2:18-cv-00823<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL |



WHEREAS, on May 23, 2019, this Court entered its Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Directing Notice to Plaintiff Class (ECF 37) (the "Preliminary Approval Order"); and

WHEREAS, notice complying with Fed. R. Civ. P. 23 was posted in the living quarters and in the medical unit(s) of the Jail, as well as at local community health centers including Sea Mar Community Health Center, Catholic Community Services, Cascade Medical Advantage, Pioneer Human Services, and Lummi Healing Spirit Clinic; and

WHEREAS, a fairness hearing on final approval ("Final Approval Hearing") of the Settlement Agreement was held before the Court on July 9, 2019; and

WHEREAS, the Court, being advised, finds that good cause exists for entry of the below Order; now therefore,

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DISMISSAL - 1
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

IT IS HEREBY FOUND, ORDERED, ADJUDGED AND DECREED THAT:

1. Unless otherwise provided herein, all capitalized terms in this Order shall have the same meaning as set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Lisa Nowlin in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF 35-1 ) ("Nowlin Decl.").

2. The Court finds it has personal and subject matter jurisdiction over all claims asserted in this litigation with respect to all members of the Settlement Class.

3. The Court finds that Notice to the Settlement Class has been completed in conformity with the Preliminary Approval Order. The Court finds that this Notice was the best Notice practicable under the circumstances, that it provided due and adequate notice of the proceedings and of the matters set forth therein, and that it fully satisfied all applicable requirements of law and due process.

4. For purposes of settlement only, this Court certifies this case as a class action under Federal Rule of Civil Procedure 23(b)(2). For the reasons stated in Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Class satisfies the elements of Rule 23(a) and Rule 23(b)(2) and thus a class action, for purposes of settlement only, is appropriate.

5. Pursuant to Fed. R. Civ. P. 23(b)(2), the Court certifies for settlement purposes only the following Settlement Class: "All non-pregnant individuals with disabling opioid use disorders ("OUD") who are incarcerated, or who will be incarcerated in the future, in the Whatcom County Jail."

6. In connection with this certification, the Court makes the following findings:

   a. The Settlement Class is sufficiently numerous to meet the requirement of Rule 23(a)(1). The Class includes all non-pregnant individuals with disabling OUD who are incarcerated, or who will be incarcerated in the future, in the Whatcom County Jail and joinder of all such persons would

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 2
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

be impracticable. *See* Fed. R. Civ. P. 23(a)(1).

    b. The commonality requirement is satisfied because there are many questions of law and fact common to the Settlement Class that center on Defendants' alleged systemic policy and practice of denying medication used to treat opioid use disorders for non-pregnant individuals in violation of Title II of the ADA. *See* Fed. R. Civ. P. 23(a)(2).

    c. The typicality requirement is satisfied because Plaintiff's claims, which are based on the alleged discriminatory denial of necessary medication services needed to treat their opioid use disorders, resulting in withdrawal, an increased risk of relapse, and a heightened likelihood of overdose death, are "reasonably coextensive with those of the absent class members." *See* Fed. R. Civ. P. 23(a)(3).

    d. The adequacy of representation requirement is satisfied because Plaintiffs' interests are coextensive with, and not antagonistic to, the interests of the Settlement Class. *See* Fed. R. Civ. P. 23(a)(4). Further, Plaintiffs are represented by qualified and competent counsel who have extensive experience and expertise in prosecuting class actions.

7. The Court has appointed Plaintiffs Gabriel Kortlever and Sy Eubanks as Class Representatives.

8. The Court has appointed Lisa Nowlin and John Midgley of the American Civil Liberties Union of Washington Foundation, and Bart Freedman of K&L Gates LLP, as co-lead counsel for the Settlement Class.

9. To the extent any timely-filed objections to the Settlement Agreement have been submitted, the Court has considered those objections and found they do not counsel against approval of the Settlement Agreement, and the objections are hereby overruled.

10. The terms set forth in the Settlement Agreement are approved as being fair,

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 3
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

adequate, and reasonable in light of the degree of recovery obtained in relation to the risks faced by the Settlement Class in litigating the claims. The Settlement Class is properly certified as part of the Settlement Agreement. The relief provided to the Settlement Class under the Settlement Agreement is appropriate to the individual members of the Settlement Class, and as a whole.

11. The Court approves the payment of $1,000 each to the Class Representatives, and $25,000 to Class Counsel for attorneys' fees and expenses as fair and reasonable.

12. All Settlement Class Members are bound by the terms of the Settlement Agreement with Defendants.

13. Class Representatives Kortlever and Eubanks shall conclusively be deemed to have irrevocably released, relinquished, and forever discharged all claims against all released entities and individuals as set forth in the Settlement Agreement. The Settlement Agreement provides:

> **9.1** As of the Effective Date, Plaintiffs Gabriel Kortlever and Sy Eubanks fully release and forever discharge the Defendants from all claims for declaratory relief and injunctive relief that were brought or could have been brought in the Action.
>
> **9.2** As of the Effective Date Plaintiffs Gabriel Kortlever and Sy Eubanks fully release and forever discharge the Defendants from all claims arising out of, or in any way relating, to the Action; including, but not limited to, any general, special, exemplary, and punitive damages claims that were brought, or could have been brought, in the Action.

14. Neither this Order nor any aspect of the Settlement Agreement is to be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of the Defendants. Defendants specifically deny any liability. Each of the Parties to the settlement entered into the Settlement Agreements with the intention to avoid further disputes and litigation with the attendant inconvenience and expenses.

15. This Court hereby dismisses this action with prejudice as to all Settlement

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 4
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Class members.

2  16.     The Clerk shall enter a final judgment dismissing with prejudice all claims
3  against Defendants, without fees or costs except as provided for in the Settlement Agreement
4  and ordered by the Court. A judgment dismissing the case shall be entered immediately.

5  17.     The dismissal of the claims against Defendant is without prejudice to the rights
6  of the Parties to enforce the terms of the Settlement Agreement and the rights of Class
7  Counsel to seek the payment of fees and costs as provided for in the Settlement Agreements.
8  Without affecting the finality of this Order, or the judgment to be entered pursuant hereto, in
9  any way, the Court retains jurisdiction over the claims against the Defendants for purposes of
10 resolving any disputes that may arise under the Settlement Agreement.

11 DATED this 9th day of July, 2019.

_____
Hon. James L. Robart

Presented By

By _s/Bart Freedman_
Bart Freedman, WSBA #14187
Todd Nunn, WSBA #23267
Christina A. Elles, WSBA #51594
925 4th Avenue #2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: bart.freedman@klgates.com
       todd.nunn@klgates.com
       christina.elles@klgates.com

By: _s/Lisa Nowlin_
Lisa Nowlin, WSBA No. 51512
AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 5th Ave, Suite 630

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 5
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Seattle, WA 98164
   (206)-624-2184
2  lnowlin@aclu-wa.org
   *Attorney for Plaintiffs Gabriel Kortlever,*
3  *Sy Eubanks, and All Others Similarly Situated*

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 6
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

CERTIFICATE OF ECF FILING AND SERVICE

I certify that on June 25, 2019, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record:

| | |
|---|---|
| Lisa Nowlin<br>John B. Midgley<br>Mark Cooke<br>ACLU of Washington<br>901 Fifth Avenue, Suite 630<br>Seattle, WA 98164<br>Attorneys for Plaintiffs | George C. Roche<br>Whatcom County Prosecuting<br>    Attorney's Office<br>County Courthouse<br>311 Grand Avenue<br>Bellingham, WA 98225<br>Attorney for Defendants |

　　　　　　　　　　　 *s/ Bart Freedman*
Bart Freedman
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
E-mail: bart.freedman@klgates.com

ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND DISMISSAL - 7
Case No. 2:18-cv-00823

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022